IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 13-cv-01411-CMA-CBS

SCOTT BEER, and
LINDA BEER,

     Plaintiffs,

v.

COUNTRY MUTUAL INSURANCE CO., a Mutual Company,
d/b/a COUNTRY FINANCIAL,

     Defendant.

_____

ORDER OF DISMISSAL WITH PREJUDICE
_____

     Pursuant to and in accordance with F.R.Civ.P.41.(A)(1)(a) and the Stipulation Of Dismissal With Prejudice (Doc. # 14) signed by the attorneys for the parties hereto it is

     ORDERED that the Complaint and cause of action are dismissed with prejudice, each party to pay its own costs.

     DATED at Denver, Colorado, this 28th day of August, 2013.

                                   BY THE COURT:

                                   _____
                                   CHRISTINE M. ARGUELLO
                                   United States District Court Judge